# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HASHPOWER LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SOLERGY BLOCKCHAIN, LLC <br><br> Defendant. | Case No.: 4:22-cv-00324-CVE-JFJ <br><br> **NOTICE OF PARTY NAME CORRECTION** |

Notice is hereby given of the following party name correction:

Incorrect Party Name:   Solergy Blockchain, a Delaware LLC

Correct Party Name:   Solergy Blockchain, LLC

| | |
|---|---|
| Signature: | */s/ Michael D. Morfey* |
| Print Name: | Michael D. Morfey |
| Firm: | Hunton Andrews Kurth LLP |
| Address: | 600 Travis, Suite 4200 |
| City, State, Zip Code: | Houston, Texas 77002 |
| Phone Number: | (713) 220-4163 |
| Fax Number: | (713) 220-4285 |
| Email Address: | michaelmorfey@HuntonAK.com |
| OK State Bar Number (if applicable): | 34092 |

## CERTIFICATE OF SERVICE

I hereby certify that on   July 22, 2022   , I electronically transmitted the foregoing document to the Clerk of Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Trevor R. Henson
    Ashley F. Vinson

                                          */s/ Michael D. Morfey*
                                          Signature